# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-64 (MTT) |
| | ) |
| **JOSHUA TEONE CURRY,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

The parties have jointly moved to continue this case until the next trial term. Doc. 38. This defendant, along with a co-defendant, was indicted on November 21, 2024, and this defendant had his arraignment in this Court on December 11, 2024. Docs. 1; 29. No prior continuances have been granted. The parties now jointly move the Court to continue this case to the next trial term to allow additional time for defense counsel to review discovery, conduct any required investigation or negotiate a potential resolution of the case. Doc. 38 ¶ 4.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 38) is **GRANTED**. The case is continued from the February term until the Court's next trial term presently scheduled for **March 10, 2025**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 16th day of January, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT